IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LENORE MILLER, HENRY JENKINS, )
STUART APPLEBAUM, and DONALD )
R. HOPKINS, as Trustees and Fiduciaries )
of the RETAIL, WHOLESALE AND )
DEPARTMENT STORE INTERNATIONAL )
UNION AND INDUSTRY PENSION FUND, )
)
Plaintiffs, )
)
v. )   CIVIL ACTION NO. 02-JEO-2752-S
)
BROUGHTON FOODS, LLC d/b/a )
BROUGHTON FOODS COMPANY, )
)
Defendant. )

**ENTERED**

**SEP 10 2004**

## <u>MEMORANDUM OPINION</u>

The defendant filed a motion seeking a partial summary judgment in this matter on the

claims of the plaintiffs for contributions on behalf of Broughton Foods employees who were not

members of the Retail, Wholesale and Department Store International Union. (Doc. 16). The

magistrate judge entered a report and recommendation finding that the motion was due to be

granted on August 16, 2004. (Doc. 34). No party has filed an objection to the court's

recommendation.

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate

Judge's Report and Recommendation is due to be adopted and approved. The court hereby

adopts and approves the findings and recommendation of the magistrate judge as the findings and

conclusion of the court. In accord with the recommendation, the defendant's motion for partial

summary judgment is due to be granted to the extent that it seeks a judgment on the plaintiffs'

*36*

claims concerning contributions into the Retail, Wholesale Department Store International Union and Industry Pension Fund on behalf of non-union employees of Broughton Foods.  An appropriate order will be entered.

**DONE**, this ___10th___ day of September, 2004.

_____
UNITED STATES DISTRICT JUDGE

2